JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
CHRISTINA TUSAN (SBN 192203)
ctusan@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 807-1666

JASON HARROW
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

CHARLES GERSTEIN
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMES INTERNET (UK) LTD.,<br><br>Defendant. | Case No. 4:23-cv-03594-HSG<br><br>**ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT (2) VACATING CASE MANAGEMENT CONFERENCE AND (3) VACATING ADR DEADLINES**<br><br>**The Hon. Haywood S. Gilliam, Jr.**<br><br>**Amended Complaint Filed: August 2, 2023** |

**ORDER**

Having considered the Parties' stipulation and accompanying declaration, the Court hereby orders that:

1. The deadline for Defendant to respond shall be extended to and including November 1, 2023.

2. The Court mandated ADR Multi-Option program deadlines are vacated and will be reset after the Defendant responds to the Complaint.

3. The Case Management Conference currently set for October 24, 2023 shall be vacated and rescheduled to a date of the Court's choosing after Defendant files a response to the Complaint.

Dated: 9/11/2023

*Haywood S. Gilliam, Jr.*
The Hon. Haywood S. Gilliam, Jr.
U.S. District Judge