1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated, | Case No. 4:23-cv-03594-HSG
11 | | **ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
12 | Plaintiffs, |
13 | v. | Complaint filed:    July 20, 2023
14 | TIMES INTERNET (UK) LTD., |
15 | Defendant. |

**ORDER**

Having considered the Parties' stipulation and accompanying declaration, the Court hereby orders that:

1. The deadline for Defendant to respond to Plaintiffs' Amended Complaint shall be extended to and including January 30, 2024.

Dated: 11/3/2023

_____
The Hon. Haywood S. Gilliam, Jr.
U.S. District Judge