| | |
|---|---|
| JULIAN HAMMOND (SBN 268489)<br>jhammond@hammondlawpc.com<br>CHRISTINA TUSAN (SBN 192203)<br>ctusan@hammondlawpc.com<br>ADRIAN BARNES (SBN 253131)<br>abarnes@hammondlawpc.com<br>ARI CHERNIAK (SBN 290071)<br>acherniak@hammondlawpc.com<br>POLINA BRANDLER (SBN 269086)<br>pbrandler@hammondlawpc.com<br>HAMMONDLAW, P.C.<br>1201 Pacific Ave, 6th Floor<br>Tacoma, WA 98402<br>(310) 807-1666 | JASON HARROW<br>(Cal. Bar No. 308560)<br>GERSTEIN HARROW LLP<br>12100 Wilshire Blvd. Ste. 800<br>Los Angeles, CA 90025<br>jason@gerstein-harrow.com<br>(323) 744-5293 |

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMES INTERNET (UK) LTD.,<br><br>Defendants. | Case No. 4:23-cv-03594-HSG<br><br>**ORDER GRANTING JOINT STIPULATION (as modified)**<br><br>**The Hon. Haywood S. Gilliam, Jr.**<br><br>**Initial Complaint Filed: July 20, 2023** |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Plaintiffs to file any opposition to Defendant's Motion to Dismiss (ECF No. 25) is hereby extended to and including February 27, 2024; that the deadline for Defendant to reply is extended to and including March 12, 2024; and that the hearing on the Motion to Dismiss is noticed for April 11, 2024.

Dated:   2/8/2024

_____
The Hon. Haywood S. Gilliam, Jr.