UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARI KISHORE, et al.,

        Plaintiffs,

v.

TIMES INTERNET (UK) LTD.,

        Defendant.

Case No. 23-cv-03594-HSG

**SCHEDULING ORDER REGARDING JURISDICTIONAL DISCOVERY**

On September 12, 2024, the Court granted in part and denied in part Defendant Times Internet (UK) Ltd.'s motion to dismiss. Dkt. No. 37. As relevant here, the Court also granted Plaintiff Hari Kishore and Brett Walker's request for jurisdictional discovery. *Id.* As directed, the parties filed a joint proposal about the scope and timing of this limited discovery. Having considered the parties' proposal, *see* Dkt. No. 38, the Court finds it reasonable and adopts it. The Court accordingly **SETS** the following deadlines:

| Event | Deadline |
|---|---|
| Close of Jurisdictional Discovery | January 31, 2025 |
| Amendment of Pleadings/ Joinder | February 10, 2025 |

//
//
//
//
//
//

1     These dates may only be altered by order of the Court and only upon a showing of good
2 cause. The parties are directed to review and comply with this Court's standing orders. In light of
3 the parties' joint proposal, the Court **VACATES** the October 8, 2024, initial case management
4 conference.

5     **IT IS SO ORDERED.**

6 Dated: 10/3/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge