1  Julian Hammond (SBN 268489)
   Jhammond@Hammondlawpc.com
2  Ari Cherniak (SBN 290071)
   Acherniak@Hammondlawpc.com
3  Polina Brandler (SBN 269086)
   Pbrandler@Hammondlawpc.com
4  HAMMONDLAW, P.C.
   1201 Pacific Ave, 6th Floor
5  Tacoma, WA 98402
   Telephone: (310) 601-6766
6  Facsimile: (310) 295-2385 (Fax)
   Attorneys for Plaintiffs
7

8  Ruby H. Kazi (CA 243872)
   Matthew P. Farrell (CA 342601)
9  Benesch, Friedlander, Coplan & Aronoff LLP
   100 Pine Street, Suite 3100
10 San Francisco, California 94111
   Telephone:  628.600.2250
11 Facsimile:   628.221.5828
   rkazi@beneschlaw.com
12 mpfarrell@beneschlaw.com
   Attorneys for Defendant
13

14                   **IN THE UNITED STATES DISTRICT COURT**

15                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16  HARI KISHORE and BRETT WALKER, on         Case No. 4:23-cv-03594-HSG
    behalf of themselves and all others similarly
17  situated,                                  **JOINT STIPULATION TO CONTINUE**
                                               **SEPTEMBER 23, 2025 CASE**
18                Plaintiffs,                  **MANAGEMENT CONFERENCE;**
                                               **ORDER (as modified)**
19         v.

20  TIMES INTERNET (UK) LTD.,

21                Defendant.

Plaintiffs Hari Kishore and Brett Walker ("Plaintiffs") and Defendant Times Internet (UK) Ltd. ("Defendant", and collectively with Plaintiffs the "Parties"), by and through their respective counsel, jointly stipulate and request as follows:

On June 19, 2025, the parties notified the Court that they had reached a settlement in principle to settle Plaintiffs' class claims (ECF 49);

On September 17, 2025, the parties filed a joint stipulation requesting referral to a Magistrate Judge for a settlement conference on limited issues related to the class action settlement (ECF 50);

On September 18, 2025, the Court set a Case Management Conference for September 23, 2025 (ECF 51);

Plaintiffs' Counsel are unavailable to attend a Case Management Conference on September 23, 2025 due to observance of the Rosh Hashana holiday;

Plaintiffs' Counsel respectfully note that they are also unavailable on October 7 and October 14, 2025, due to observance of the Sukkot holiday;

THEREFORE, it is stipulated and requested that the Court continue the September 23, 2025 Case Management Conference by one (1) week until September 30, 2025 at 2:00 p.m.

Should the Court be unavailable on September 30, the parties respectfully request that the Court continue the September 23, 2025 Case Management Conference until October 21, 2025 at 2:00 p.m.

**IT IS SO STIPULATED**.

Dated:  September 18, 2025                    Respectfully submitted,

                                                                        *s/*  Ruby Kazi
                                                                        RUBY H. KAZI (CA 243872)
                                                                        MATTHEW P. FARRELL (CA 342601)
                                                                        Benesch, Friedlander, Coplan & Aronoff LLP

                                                                        Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Respectfully submitted,

        *s*/ Ari Cherniak
        JULIAN HAMMOND (CA 268489)
        ARI CHERNIAK (CA 290071)
        POLINA BRANDLER (CA 269086)
        HammondLaw, P.C.

        Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I, Ari Cherniak, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

                                                  */s/  Ari Cherniak*
                                                  Ari Cherniak
                                                  Attorneys for Plaintiffs

# ORDER

Having considered the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the September 23, 2025 Case Management Conference is hereby continued to October 21, 2025 at 2:00 p.m. via Zoom. The dial-in information and instructions remain the same as previously provided in docket no. 37.

**IT IS SO ORDERED.**

Dated: 9/18/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge