Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Tel: (310) 807-1666
Fax: (310) 295-2385

*Attorneys for Plaintiffs and
the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMES INTERNET (UK) LTD.,<br><br>Defendant. | Case No. 4:23-cv-03594-HSG<br><br>**NOTICE OF NEW HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2<br>Hearing Date: March 26, 2026<br>Hearing Time: 2:00 p.m. |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:** Please take |
| 2 | notice that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, ECF 59, previously |
| 3 | noticed for hearing on March 5, 2026, is hereby re-noticed for hearing on March 26, 2026 at 2:00 p.m., |
| 4 | before the Honorable Haywood S. Gilliam, Jr. in Courtroom 2, United States District Court for the |
| 5 | Northern District of California, 1301 Clay Street, Oakland, California 94612. The briefing schedule |
| 6 | pursuant to Local Rule 7-2 remains in effect. |

Dated: January 19, 2026                    Respectfully submitted,

     *s/ Ari Cherniak*
JULIAN HAMMOND (CA 268489)
ARI CHERNIAK (CA 290071)
POLINA BRANDLER (CA 269086)
HammondLaw, P.C.

Attorneys for Plaintiffs