UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARI KISHORE, et al.          ,

Plaintiff(s),

v.

TIMES INTERNET (UK) LTD.,

Defendant(s).

Case No.   4:23-cv-03594-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER (CIVIL LOCAL RULE 11-3)

I, _____Lauryn Taylor Robinson_____, an active member in good standing of the bar of _____Ohio and Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Times Internet (UK) Ltd. in the above-entitled action. My local co-counsel in this case is _____Ruby H. Kazi_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____243872_____.

Benesch Friedlander Coplan & Aronoff, LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114

MY ADDRESS OF RECORD

Benesch Friedlander Coplan & Aronoff, LLP
100 Pine Street, Suite 3100
San Francisco, California 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(216) 363-4500

MY TELEPHONE # OF RECORD

(628) 600-2250

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

LRobinson@beneschlaw.com

MY EMAIL ADDRESS OF RECORD

RKazy@beneschlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Ohio: 0101046 Texas: 24145908.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  02/19/2026

Lauryn Taylor Robinson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  2/19/2026

Haywood S. Gill Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 03, 2026

Re: Lauryn Taylor Robinson, State Bar Number 24145908

To Whom It May Concern:

This is to certify that Lauryn Taylor Robinson was licensed to practice law in Texas on March 13, 2025, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Scana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Lauryn Taylor Robinson**
Attorney Registration No. **0101046**

was admitted to the practice of law in Ohio on November 8, 2021; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 3rd day of February, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

*Shannon B. Scheid*
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-02-03-1
Verify by email at GoodStandingRequests@sc.ohio.gov