UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI KISHORE, et al., | Case No. 23-cv-03594-HSG |
| Plaintiffs, | **ORDER GRANTING REQUEST TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| TIMES INTERNET (UK) LTD., | |
| Defendant. | Re: Dkt. No. 67 |

Plaintiffs' counsel moves to appear remotely at the hearing on Plaintiffs' own motion for preliminary approval. Dkt. No. 67. The entirety of the asserted good cause for the request is that counsel lives in New York City, and thus would have to "expend substantial time and resources traveling to the Northern District of California" for the hearing. *Id.* at 2. The Court disagrees that this constitutes good cause: if it is inherently burdensome for counsel to make in-person appearances outside her home district on even critical motions like this preliminary approval motion, the solution is for counsel to only accept representations within driving distance of her home. There is no "I live far away from the court where I took on a representation" entitlement to routine remote appearances. The Court is nonetheless willing to grant this single request to appear remotely. The Court here makes clear that if preliminary approval is granted, Plaintiffs' counsel, who has a fiduciary responsibility to vigorously represent the proposed class, will be required to attend the final fairness hearing in person absent some true and unforeseen emergency.

//

//

//

//

The Courtroom Deputy will email counsel the Zoom information and instructions.

**IT IS SO ORDERED.**

Dated:  3/19/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge