Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310)807-1666
Facsimile: (310) 295-2385 (Fax)

Attorneys for Plaintiffs HARI KISHORE
and BRETT WALKER

Ruby H. Kazi (CA 243872)
Matthew P. Farrell (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:   628.221.5828
rkazi@beneschlaw.com
mpfarrell@beneschlaw.com
Attorneys for Defendant TIMES
INTERNET (UK) LTD.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated, | Case No. 4:23-cv-03594-HSG |
| Plaintiffs, | **STIPULATION AND ORDER RE SCHEDULING** |
| v. | |
| TIMES INTERNET (UK) LTD., | |
| Defendant. | |

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, entered on April 22, 2026 (Dkt. No. 73), the Parties hereby stipulate and agree, and respectfully request that the Court order, that the following schedule shall govern remaining proceedings in this action:

| Event | Date |
| --- | --- |
| Defendant to provide Settlement Class list to Settlement Administrator for Notice dissemination | May 6, 2026 (14 days after entry of Preliminary Approval Order) |
| Defendant to provide Notice on a website administered by Settlement Administrator | May 6, 2026 (14 days after entry of Preliminary Approval Order) |
| Notice Date | May 22, 2026 (30 days after entry of Preliminary Approval Order) |
| Motion for Attorneys' Fees, Costs, and Service Award | June 16, 2026 (35 days before the Objection / Opt-Out Deadline) |
| Opposition to Motion for Attorneys' Fees, Costs, and Service Award | July 16, 2026 (no more than 30 days after the Motion for Attorneys' Fees deadline) |
| Objection Deadline | July 21, 2026 (60 days after Notice Date) |
| Reply in Support of Motion for Attorneys' Fees, Costs, and Service Awards | July 21, 2026 (60 days after Notice Date) |
| Opt-Out Deadline | July 21, 2026 (60 days after Notice Date) |
| Claims Submission Deadline | July 30, 2026 (14 days after the Opposition to Motion for Attorneys' Fees deadline) |
| Motion for Final Approval | January 26, 2027 |
| Reply in Support of Motion for Final Approval and Update Regarding Notice Administration | February 9, 2027 |
| Fairness Hearing | February 25, 2027, at 2:00 p.m. |
| Funding Date | 30 days after Court's entry of Final Approval Order |

IT IS SO STIPULATED.

**STIPULATION AND ORDER RE SCHEDULING**
**Case No. 4:23-cv-03594-HSG**

Dated:  April 29, 2026

Respectfully submitted,

_s/ Polina Brandler_
JULIAN HAMMOND (CA 268489)
ARI CHERNIAK (CA 290071)
POLINA BRANDLER (CA 269086)
HammondLaw, P.C.

Attorneys for Plaintiffs

Dated:  April 29, 2026

Respectfully submitted,

_s/ Ruby H. Kazi_
RUBY H. KAZI (CA 243872)
MATTHEW P. FARRELL (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant TIMES INTERNET (UK) LTD.

## ORDER

Having reviewed the Parties' Stipulation, and good cause appearing, the Court hereby ORDERS that the schedule set forth in the Parties' Stipulation is approved and shall govern the remaining proceedings in this action. All deadlines shall be as set forth above.

**IT IS SO ORDERED.**

Dated: April 30, 2026

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND ORDER RE SCHEDULING
Case No. 4:23-cv-03594-HSG