Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310)807-1666
Facsimile: (310) 295-2385 (Fax)

Attorneys for Plaintiffs HARI KISHORE
and BRETT WALKER

Ruby H. Kazi (CA 243872)
Matthew P. Farrell (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
rkazi@beneschlaw.com
mpfarrell@beneschlaw.com

Attorneys for Defendant TIMES
INTERNET (UK) LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TIMES INTERNET (UK) LTD., <br><br> Defendant. | Case No. 4:23-cv-03594-HSG <br><br> **STIPULATION TO AMEND ORDER RE SCHEDULING; ORDER** |

Plaintiffs Hari Kishore and Brett Walker and Defendant Times Internet (UK) LTD, stipulate and respectfully request as follows:

1.     On April 30, 2026, the Court granted the parties' Stipulation and Order Re Scheduling (Dkt. No. 75).  The Order submitted by the parties and signed by the Court inadvertently transposed the deadline to file the Reply in Support of Motion for Attorneys' Fees, Costs, and Service Awards and the Claims Submission Deadline.

2.     The parties therefore stipulate and request that the Court amend its April 30, 2026 Order as follows:

| Event | Date |
|---|---|
| Claims Submission Deadline | July 21, 2026 (60 days after Notice Date) |
| Reply in Support of Motion for Attorneys' Fees, Costs, and Service Awards | July 30, 2026 (14 days after the Opposition to Motion for Attorneys' Fees deadline) |

3.   All other dates and deadlines set by the Court in its April 30, 2026 Order remain in effect.

IT IS SO STIPULATED.

Dated:  May 5, 2026                                    Respectfully submitted,


                                                       s/ Polina Brandler
                                                       JULIAN HAMMOND (CA 268489)
                                                       ARI CHERNIAK (CA 290071)
                                                       POLINA BRANDLER (CA 269086)
                                                       HammondLaw, P.C.

                                                       Attorneys for Plaintiffs

**STIPULATION TO AMEND ORDER RE SCHEDULING; ORDER**
**Case No. 4:23-cv-03594-HSG**

Dated:  May 5, 2026

Respectfully submitted,

_s/ Ruby H. Kazi_
RUBY H. KAZI (CA 243872)
MATTHEW P. FARRELL (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant TIMES INTERNET
(UK) LTD.

## ORDER

Having reviewed the Parties' Stipulation to amend the Court's April 30, 2026 Order, and good cause appearing, the Court hereby grants the stipulation.  The deadline to file the Reply in Support of Motion for Attorneys' Fees, Costs, and Service Awards is July 30, 2026. The Claims Submissions Deadline is July 21, 2026. All other deadlines set forth in the Court's April 30, 2026 Order (Dkt. No. 75) shall remain in full effect.

**IT IS SO ORDERED.**

Dated:  _5/6/2026_

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

**STIPULATION TO AMEND ORDER RE SCHEDULING; ORDER**
**Case No. 4:23-cv-03594-HSG**