Ruby H. Kazi (CA 243872)
Matthew P. Farrell (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
rkazi@beneschlaw.com
mpfarrell@beneschlaw.com

Lauryn Taylor Robinson (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
lrobinson@beneschlaw.com

Attorneys for Defendant TIMES INTERNET (UK) LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARI KISHORE and BRETT WALKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMES INTERNET (UK) LTD.,<br><br>Defendant. | Case No. 4:23-cv-03594-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE (AS MODIFIED)**<br><br>Complaint filed: July 20, 2023 |

**ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

On August 11, 2026, Plaintiffs Hari Kishore and Brett Walker, on behalf of themselves and all others similarly situated, and Defendant Times Internet (UK) Ltd. filed a Joint Stipulation to Reschedule Case Management Conference (Doc. No. 81). For the reasons stated therein and good cause shown, the Court hereby GRANTS the Joint Stipulation and will reschedule the Case Management Conference currently scheduled for August 11, 2026 to August 18, 2026, at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 37.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 8/11/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge